TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00410-CV

Winfred Herman Ray a/k/a Wimpy Ray, Appellant

v.

Jane Velicka, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 98-354-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING 

PER CURIAM

 Appellant Winfred Herman Ray and appellee Jane Velicka have filed a joint motion
to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Kidd and Yeakel

Dismissed on Joint Motion

Filed: October 12, 2000

Do Not Publish